ATTACHMENT TO CIVIL COVER SHEET

I.     Additional Plaintiffs' Attorneys:

Joseph Ostoyich, *pro hac vice forthcoming*
William Lavery, *pro hac vice forthcoming*
Jordan Passmore, *pro hac vice forthcoming*
Sung Shin, *pro hac vice forthcoming*
**CLIFFORD CHANCE US LLP**
2001 K Street NW
Washington, DC 20006
Tel: (202) 912-5000
joseph.ostoyich@cliffordchance.com
william.lavery@cliffordchance.com
jordan.passmore@cliffordchance.com
sung.shin@cliffordchance.com


II.    Additional Defendants:

**Capital Blue Cross** ("Capital"). The principal headquarters for Capital is located at 2500 Elmerton Avenue, Harrisburg, Pennsylvania 17177, Dauphin County.

**Highmark, Inc. and Highmark Health both d/b/a Highmark Blue Shield and Highmark Blue Cross Blue Shield and including Highmark Inc. predecessor Hospital Service Association of Northeastern Pennsylvania f/d/b/a Blue Cross of Northeastern Pennsylvania** (collectively, "Highmark-PA"). The principal headquarters for Highmark-PA is located at 120 Fifth Avenue Place, Pittsburgh, Pennsylvania 15222, Allegheny County.

**Independence Health Group, Inc. and Independence Hospital Indemnity Plan, Inc., its subsidiary or division Independence Blue Cross, and QCC Insurance Company** (collectively, "Independence Blue Cross"). The principal headquarters for Independence Blue Cross is located at 1901 Market Street, Philadelphia, Pennsylvania 19103, Philadelphia County.